R. Dean Gresham, Esq. (Texas Bar No. 24027215)
GRESHAM PC
2311 Cedar Springs Rd., Suite 200
Dallas, Texas 75201
dgresham@greshampc.com
Tel: 214-420-9995
Fax: 214-526-5525

Attorney for Plaintiffs Pamela Rutledge-Muhs
and Jay Woolwine and all others similarly situated

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAMELA RUTLEDGE-MUHS and JAY WOOLWINE, individually and on behalf of all others similarly situated, | CASE NO.: C11-3164 EMC |
| | CLASS ACTION |
| Plaintiffs, | |
| | **CERTIFICATE OF SERVICE** |
| v. | |
| DREYER'S GRAND ICE CREAM, INC., | |
| Defendant. | |

I, the undersigned counsel, hereby certify that pursuant to Document No. 15 and Document No. 16 entered in the above-styled action, I have served a copy of **(a)** Case Management Conference Order in Reassigned Cases (Document No. 15), **(b)** the "Standing Order of All Judges of the Northern District of California – Contents of Joint Case Management Statement," **(c)** this Court's "Civil Standing Order – General," and **(d)** this Court's "Civil Standing Order on Discovery" (Collectively Document No. 16) upon Defendant, Dreyer's Grand Ice Cream, Inc., by way of its counsel Dale J. Giali, Mayer Brown, LLP via electronic

mail at DGiali@mayerbrown.com on August 22, 2011 at 3:17 p.m. (CST) in accordance with Civil Local Rule 5-6(a).

/s/ R. Dean Gresham

 R. Dean Gresham, Esq. (Texas Bar No. 24027215)
GRESHAM PC
2311 Cedar Springs Rd., Suite 200
Dallas, Texas 75201
dgresham@greshampc.com
Tel: 214-420-9995
Fax: 214-526-5525

Attorney for Plaintiffs Pamela Rutledge-Muhs
and Jay Woolwine and all others similarly situated

## CERTIFICATE OF SERVICE

I, the undersigned counsel, herby certify that on this 23rd day of August, 2011, I filed the foregoing document using this Court's ECF system which will automatically generate an electronic notification of said filing to all parties who have registered to receive electronic notice of same.

/s/ R. Dean Gresham

 R. Dean Gresham, Esq. (Texas Bar No. 24027215)
GRESHAM PC
2311 Cedar Springs Rd., Suite 200
Dallas, Texas 75201
dgresham@greshampc.com
Tel: 214-420-9995
Fax: 214-526-5525

Attorney for Plaintiffs Pamela Rutledge-Muhs
and Jay Woolwine and all others similarly situated