1 Janet Lindner Spielberg (SBN 221926)
  **LAW OFFICES OF JANET LINDNER**
2 **SPIELBERG**
  12400 Wilshire Boulevard, #400
3 Los Angeles, California  90025
  Tel:  (310) 392-8801
4 Fax:  (310) 278-5938
  Email: jlspielberg@jlslp.com
5

6 Michael D. Braun (SBN 167416)
  **BRAUN LAW GROUP, P.C.**
7 10680 West Pico Boulevard, Suite 280
  Los Angeles, California  90064
8 Tel:  (310) 836-6000
  Fax:  (310) 836-6010
9 Email: service@braunlawgroup.com

Joseph N. Kravec, Jr. (admitted *pro hac vice*)
Maureen Davidson-Welling (*pro hac* to be filed)
Wyatt A. Lison ( *pro hac* to be filed)
**STEMBER FEINSTEIN DOYLE**
  **& PAYNE LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007
Email:jkravec@stemberfeinstein.com
Emal:mdavidsonwelling@stemberfeinstein.com
Email: wlison@stemberfeinstein.com

10 *ATTORNEYS FOR PLAINTIFF*

11

12 **IN THE UNITED STATES DISTRICT COURT**

13 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14 **SAN FRANCISCO DIVISION**

15 **SKYE ASTIANA on behalf of herself and all**    **CASE NO.:  3:11-cv-02910-EMC**
   **others similarly situated,**                               and related case C11-3164 EMC
16                                                  **CLASS ACTION**

17                        **Plaintiff,**

18              **v.**                              **JOINT STIPULATION AND [PROPOSED]**
                                                    **ORDER REGARDING EXTENSION OF**
                                                    **CASE MANAGEMENT CONFERENCE**
19 **DREYER'S GRAND ICE CREAM, INC.,**              **AND SCHEDULE FOR DEFENDANT TO**
                                                    **RESPOND TO COMPLAINTS**
20                       **Defendant.**
                                                    **DEMAND FOR JURY TRIAL**
21

22

23

24

25

26

27

28

Joint Stipulation and [Proposed] Order Regarding Extension of Case Management Conference And Schedule For
Defendant to Respond to Complaints
CASE NO. 3:11-cv-02910-EMC

1    WHEREAS, on August 22, 2011, the Court entered a Case Management Order in Reassigned

2  Cases, setting an initial case management conference for October 28, 2011 for the related actions,

3  *Astiana v. Dreyer's Grand Ice Cream, Inc.,* Case No. 3:11-cv-02910-EMC and *Rutledge-Muhs, et al.*

4  *v. Dreyer's Grand Ice Cream, Inc.,* Case No 4:11-cv-03164-EMC (the "Related Actions");

5    WHEREAS, Plaintiffs have separately moved to consolidate the *Astiana* and *Rutledge-Muhs*

6  actions and to have the *Astiana* Complaint be the operative complaint in both actions;

7    WHEREAS, the parties to the Related Actions have agreed to mediate the Related Actions

8  before a JAMS mediator on November 30, 2011;

9    WHEREAS, Defendant Dreyer's Grand Ice Cream, Inc. ("Dreyer's") has not answered or

10  responsively pled to the complaints filed in the Related Actions, and its responses would otherwise be

11  due prior to the scheduled mediation on November 30, 2011;

12    WHEREAS, the parties to the Related Actions believe that adjourning Dreyer's deadlines to

13  answer or responsively plead until after the mediation scheduled for November 30, 2011  would be

14  most efficient, conserving the resources of the Court and the parties; and

15    WHEREAS, the parties to the Related Actions agree that it would conserve the resources of the

16  parties and the Court and be in the best interests of all parties to postpone the case management

17  conference until December 16, 2011 in light of the settlement mediation scheduled for November 30,

18  2011.

19    **THEREFORE, IT IS HEREBY STIPULATED** that: (1)  the Case Management

20  Conference initially scheduled for October 28, 2011 shall be adjourned to December 16, 2011, at

21  9:00 a.m., or as soon thereafter as counsel may be heard,  in Courtroom 5, 17th Floor, 450 Golden

22  Gate Avenue, San Francisco, California, and (2) Dreyer's shall have until thirty (30) days after the

23  completion (or cancellation) of the November 30, 2011 mediation to answer or responsively plead to

24  the operative complaint(s) in the Related Actions.

25

26

27

28

Joint Stipulation and [Proposed] Order Regarding Extension of Case Management Conference and Schedule for
Defendant to Respond to Complaints
CASE NO. 3:11-cv-02910-EMC

1

2    DATED:  August 24, 2011

3    **AGREED TO BY:**

4    s/Nabil Majed Nachawati, II via email consent          s/ Joseph N. Kravec, Jr. _____
        Nabil Majed Nachawati, II (*pro hac vice*)          Joseph N. Kravec, Jr. (*pro hac vice*)

5

6    **FEARS | NACHAWATI LAW FIRM**          Wyatt A. Lison
     4925 Greenville Avenue, Suite 715          Maureen Davidson-Welling
7    Dallas, TX 75206          **STEMBER FEINSTEIN DOYLE**
     Phone:  214-890-0711          **   & PAYNE, LLC**
8    Fax:     214-890-0712          429 Forbes Avenue
     Email: mn@fnlawfirm.com          Allegheny Building, 17th Floor
9                                                    Pittsburgh, PA 15219
                                                     Tel:  (412) 281-8400
10                                                   Fax:  (412) 281-1007
                                                     Email:  jkravec@stemberfeinstein.com
11                                                            wlison@stemberfeinstein.com
                                                              mdavidsonwelling@stemberfeinstein.com
12
     Daniel Roman Tamez (Bar No. 216619)          Michael D. Braun (Bar No. 167416)
13   **GNAU AND TAMEZ LAW GROUP LLP**          **BRAUN LAW GROUP, P.C.**
     1010 2nd Avenue          10680 W. Pico Blvd., Suite 280
14   Site 1750          Los Angeles, CA 90064
     San Diego, CA 92101          Phone:    (310) 836-6000
15   Phone:  619-446-6736          Fax:      (310) 836-6010
     Fax:     619-793-5215          E-Mail:    service@braunlawgroup.com
16   Email: danieltamez@sdinjuryattorney.com

                                                     Janet Lindner Spielberg (Bar No. 221926)
17   Ronald Dean Gresham (*pro hac vice*)          **LAW OFFICE OF JANET LINDNER**
     Jennifer Weber Johnson (*pro hac vice*)          **SPIELBERG**
18   **GRESHAM PC**          12400 Wilshire Blvd., Suite 400
     Suite 200          Los Angeles, CA 90025
19   2311 Cedar Springs Rd.          Phone: (310) 392-8801
     Dallas, TX 75219          Fax:     (310) 278-5938
20   Phone:  (214) 420-9995          E-Mail:  jlspielberg@jlslp.com
     Fax:     (214) 526-5525
21   Email: jjohnson@greshampc.com          ***ATTORNEYS FOR SKY ASTIANA***
             dgresham@greshampc.com
22
     Roger L. Mandel (*pro hac vice*)
23   **LACKEY HERSHMAN, LLP**
     3102 Oak Lawn Avenue, Ste. 777
24   Dallas, TX 7521
     Phone:  (214) 560-2201
25   Email:  rlm@lhlaw.net

26   ***ATTORNEYS FOR PAMELA RUTLEDGE-***
         ***MUHS AND JAY WOOLWINE***

27

28
_____
                                                     3
Joint Stipulation and [Proposed] Order Regarding Extension of Case Management Conference and Schedule for
Defendant to Respond to Complaints
CASE NO. 3:11-cv-02910-EMC

1     s/ Dale Joseph Giali via email consent

2       Dale Joseph Giali
**MAYER BROWN LLP**

3   350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503

4   Phone:  (213) 229-9509
Fax:     (213) 625-0248

5   Email: dgiali@mayerbrown.com

6

7   *ATTORNEYS FOR DEFENDANT*
*DREYER'S GRAND ICE CREAM, INC.*

8

9
**PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE**
10  **APPEARING THERETO,**

11          (1) The Case Management Conference initially scheduled for October 28, 2011 shall be

12  adjourned to December 16, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard,  in

13  Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California,

14
            (2) Defendant Dreyer's Grand Old Ice Cream, Inc. shall have until thirty (30) days after the
15
    completion (or cancellation) of the November 30, 2011 mediation to answer or responsively pleadto
16
    the operative complaint(s) in the Related Actions
17

18
    IT IS SO ORDERED.
19

20  Dated:  August ____31____, 2011



21

22

23

24

25

26

27

28
___

4

Joint Stipulation and [Proposed] Order Regarding Extension of Case Management Conference and Schedule for
Defendant to Respond to Complaints
CASE NO. 3:11-cv-02910-EMC