Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET LINDNER SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, California 90025
Tel: (310) 392-8801
Fax: (310) 278-5938
Email: jlspielberg@jlslp.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, California 90064
Tel: (310) 836-6000
Fax: (310) 836-6010
Email: service@braunlawgroup.com

Joseph N. Kravec, Jr. (admitted *pro hac vice*)
Maureen Davidson-Welling (*pro hac* to be filed)
Wyatt A. Lison (*pro hac* to be filed)
**STEMBER FEINSTEIN DOYLE & PAYNE LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax: (412) 281-1007
Email: jkravec@stemberfeinstein.com
Emal: mdavidsonwelling@stemberfeinstein.com
Email: wlison@stemberfeinstein.com

*ATTORNEYS FOR PLAINTIFF*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **SKYE ASTIANA** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DREYER'S GRAND ICE CREAM, INC.,**<br><br>Defendant. | CASE NO.: 3:11-cv-02910-EMC<br>and related case C11-3164 EMC<br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CASE MANAGEMENT CONFERENCE AND SCHEDULE FOR DEFENDANT TO RESPOND TO COMPLAINTS**<br><br>**DEMAND FOR JURY TRIAL** |

1    WHEREAS, on August 22, 2011, the Court entered a Case Management Order in Reassigned Cases, setting an initial case management conference for October 28, 2011 for the related actions, *Astiana v. Dreyer's Grand Ice Cream, Inc.,* Case No. 3:11-cv-02910-EMC and *Rutledge-Muhs, et al. v. Dreyer's Grand Ice Cream, Inc.,* Case No 4:11-cv-03164-EMC (the "Related Actions");

WHEREAS, Plaintiffs have separately moved to consolidate the *Astiana* and *Rutledge-Muhs* actions and to have the *Astiana* Complaint be the operative complaint in both actions;

WHEREAS, the parties to the Related Actions have agreed to mediate the Related Actions before a JAMS mediator on November 30, 2011;

WHEREAS, Defendant Dreyer's Grand Ice Cream, Inc. ("Dreyer's") has not answered or responsively pled to the complaints filed in the Related Actions, and its responses would otherwise be due prior to the scheduled mediation on November 30, 2011;

WHEREAS, the parties to the Related Actions believe that adjourning Dreyer's deadlines to answer or responsively plead until after the mediation scheduled for November 30, 2011 would be most efficient, conserving the resources of the Court and the parties; and

WHEREAS, the parties to the Related Actions agree that it would conserve the resources of the parties and the Court and be in the best interests of all parties to postpone the case management conference until December 16, 2011 in light of the settlement mediation scheduled for November 30, 2011.

**THEREFORE, IT IS HEREBY STIPULATED** that: (1) the Case Management Conference initially scheduled for October 28, 2011 shall be adjourned to December 16, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, and (2) Dreyer's shall have until thirty (30) days after the completion (or cancellation) of the November 30, 2011 mediation to answer or responsively plead to the operative complaint(s) in the Related Actions.

DATED: August 24, 2011

**AGREED TO BY:**

 s/Nabil Majed Nachawati, II via email consent     s/ Joseph N. Kravec, Jr.
   Nabil Majed Nachawati, II (*pro hac vice*)       Joseph N. Kravec, Jr. (*pro hac vice*)

| | |
|---|---|
| **FEARS \| NACHAWATI LAW FIRM**<br>4925 Greenville Avenue, Suite 715<br>Dallas, TX 75206<br>Phone:  214-890-0711<br>Fax:     214-890-0712<br>Email: mn@fnlawfirm.com | Wyatt A. Lison<br>Maureen Davidson-Welling<br>**STEMBER FEINSTEIN DOYLE**<br>    **& PAYNE, LLC**<br>429 Forbes Avenue<br>Allegheny Building, 17th Floor<br>Pittsburgh, PA 15219<br>Tel:  (412) 281-8400<br>Fax:  (412) 281-1007<br>Email:    jkravec@stemberfeinstein.com<br>              wlison@stemberfeinstein.com<br>              mdavidsonwelling@stemberfeinstein.com |
| Daniel Roman Tamez (Bar No. 216619)<br>**GNAU AND TAMEZ LAW GROUP LLP**<br>1010 2nd Avenue<br>Site 1750<br>San Diego, CA 92101<br>Phone:  619-446-6736<br>Fax:      619-793-5215<br>Email: danieltamez@sdinjuryattorney.com | Michael D. Braun (Bar No. 167416)<br>**BRAUN LAW GROUP, P.C.**<br>10680 W. Pico Blvd., Suite 280<br>Los Angeles, CA 90064<br>Phone:    (310) 836-6000<br>Fax:       (310) 836-6010<br>E-Mail:    service@braunlawgroup.com |
| Ronald Dean Gresham (*pro hac vice*)<br>Jennifer Weber Johnson (*pro hac vice*)<br>**GRESHAM PC**<br>Suite 200<br>2311 Cedar Springs Rd.<br>Dallas, TX 75219<br>Phone:  (214) 420-9995<br>Fax:       (214) 526-5525<br>Email: jjohnson@greshampc.com<br>           dgresham@greshampc.com | Janet Lindner Spielberg (Bar No. 221926)<br>**LAW OFFICE OF JANET LINDNER SPIELBERG**<br>12400 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90025<br>Phone: (310) 392-8801<br>Fax:     (310) 278-5938<br>E-Mail:   jlspielberg@jlslp.com<br><br>***ATTORNEYS FOR SKY ASTIANA*** |
| Roger L. Mandel (*pro hac vice*)<br>**LACKEY HERSHMAN, LLP**<br>3102 Oak Lawn Avenue, Ste. 777<br>Dallas, TX 7521<br>Phone:  (214) 560-2201<br>Email:  rlm@lhlaw.net<br><br>***ATTORNEYS FOR PAMELA RUTLEDGE-<br>   MUHS AND JAY WOOLWINE*** | |

3

Joint Stipulation and [Proposed] Order Regarding Extension of Case Management Conference and Schedule for Defendant to Respond to Complaints
CASE NO. 3:11-cv-02910-EMC

1    s/ Dale Joseph Giali via email consent

2       Dale Joseph Giali
**MAYER BROWN LLP**
3    350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
4    Phone:  (213) 229-9509
Fax:       (213) 625-0248
5    Email: dgiali@mayerbrown.com

6

7    *ATTORNEYS FOR DEFENDANT*
*DREYER'S GRAND ICE CREAM, INC.*

8

9
**PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THERETO,**
10

11    (1) The Case Management Conference initially scheduled for October 28, 2011 shall be

12   adjourned to December 16, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard,  in

13   Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California,

14    (2) Defendant Dreyer's Grand Old Ice Cream, Inc. shall have until thirty (30) days after the

15   completion (or cancellation) of the November 30, 2011 mediation to answer or responsively pleadto

16   the operative complaint(s) in the Related Actions

17

18   IT IS SO ORDERED.

19   Dated:  August ___31___, 2011

20   _____
The Ho...
21   United...



4
Joint Stipulation and [Proposed] Order Regarding Extension of Case Management Conference and Schedule for Defendant to Respond to Complaints
CASE NO. 3:11-cv-02910-EMC