1

2    **IN THE UNITED STATES DISTRICT COURT**

3    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

4    **SAN FRANCISCO DIVISION**

5

| | |
|---|---|
| **SKYE ASTIANA on behalf of herself and all others similarly situated,** | **CASE NO.: 3:11-cv-02910-EMC** |
| **Plaintiff,** | |
| **v.** | |
| **DREYER'S GRAND ICE CREAM, INC.,** | |
| **Defendant.** | |
| **PAMELA RUTLEDGE-MUHS and JAY WOOLWINE, on behalf of themselves and all others similarly situated,** | **CASE NO.: 4:11-cv-03164-EMC** |
| **Plaintiffs,** | ~~[PROPOSED]~~ **PRETRIAL ORDER NO. 1** |
| **v.** | |
| **DREYER'S GRAND ICE CREAM, INC.,** | |
| **Defendants.** | |

17    **WHEREAS,** Plaintiffs in the above-referenced actions allege violations of California law under

18   California's Unfair Competition Law, Bus. & Prof. Code §§ 17200, *et seq.*, California's False

19   Advertising Law, Bus. & Prof. Code §§ 17500, *et seq.*, California's Consumers Legal Remedies Act,

20   Cal. Civ. Code §§ 1750, *et seq.*, and for fraud and restitution based on quasi-contract / unjust

21   enrichment theories for Defendant Dreyer's Grand Ice Cream, Inc.'s allegedly unlawful labeling of its

22   products as "All Natural" despite containing non-natural ingredients; and

23    **WHEREAS,** the Court has determined that any substantially similar future actions should be

24   consolidated with the above-captioned actions and that the appointment of interim counsel is

25   appropriate and consistent with Fed.R.Civ.P. 23(g) and the recommendations of the Manual for

26   Complex Litigation (4th ed. 2004);

27

28

1    **NOW THEREFORE**, the Court Orders as follows:

2    **I.    CONSOLIDATION OF RELATED ACTIONS**

3    *Astiana v. Dreyer's Grand Ice Cream, Inc.*, Case No. 3:11-cv-02910-EMC and *Rutledge-Muhs,*

4    *et al. v. Dreyer's Grand Ice Cream, Inc.,* Case No. 4:11-cv-03164-EMC and any action arising out of

5    the same operative facts against Defendant that is filed and pending in this Court, or hereafter filed or

6    transferred to this Court (collectively "The Actions"), are hereby consolidated pursuant to Fed.R.Civ.P.

7    42(a) for ~~pretrial~~ all purposes. Each case shall remain distinct and maintain its own identity and case

8    number pending determination of class certification and unless otherwise ordered by the Court.

9    However, the operative complaint for The Actions consolidated hereunder is the complaint (or any

10   amended complaint) filed in *Astiana v. Dreyer's Grand Ice Cream, Inc.*, Case No. 3:11-cv-02910-

11   EMC. Defendant shall not have an obligation to respond to any complaint in any other of The Actions

12   consolidated hereunder unless otherwise ordered by the Court. Notwithstanding the designation of the

13   *Astiana* complaint as the operative pleading, Pamela Rutledge-Muhs and Jay Woolwine shall also be

14   considered operative plaintiffs and eligible to be appointed as class representatives.

15   **II.    NEWLY FILED ACTIONS**

16        A.    When a case which relates to any claim or cause of action which is embraced within the

17   scope of the pleadings in The Actions is filed in this Court against Defendant, Plaintiffs' Interim Co-

18   Lead Counsel shall:

19            1.  File a copy of this Order in the separate file for such action;

20            2.  Notify counsel for Defendant of the filing of such action;

21            3.  Mail a copy of this Order to counsel for the Plaintiff(s) in the newly filed case; and

22            4.  Upon the first appearance of any new defendant(s), mail a copy of this Order to

23                counsel for the defendant(s) in the newly filed case.

24        B.    Each case which relates to any claim or cause of action that is embraced within the

25   scope of The Actions which is subsequently filed in this Court against Defendant shall be consolidated

26   and Pretrial Order No. 1 shall apply thereto unless a party objecting to the consolidation of such case or

27   to any provision of this Order shall, within twenty (20) days after the date upon which a copy of this

28

---
2

[Proposed] Pretrial Order No. 1.
CASE NO. 3:11-cv-02910-EMC; CASE NO. 4:11-cv-03164-EMC

1  Order is mailed to counsel for such party, file an application for relief from this Order or any provisions
2  herein.

3      C.     The Court requests the assistance of counsel in calling to the attention of the Clerk of
4  this Court the filing of any case that might properly be consolidated with The Actions.

5  **III.    SERVICE OF PLEADINGS AND OTHER PAPERS**

6      Except when otherwise agreed, Defendant's counsel shall serve all Plaintiffs' counsel listed on
7  Exhibit A hereto, and any Plaintiff's counsel shall serve all of Defendant's counsel with pleadings,
8  motions, memoranda, briefs, oppositions and other papers filed in any of The Actions consolidated
9  hereunder.

10  **IV.    PRELIMINARY ORGANIZATION OF PLAINTIFFS' COUNSEL**

11      A.     Prior to any determination of class certification and to facilitate the orderly coordination
12  and progress of The Actions, prosecution of this litigation on behalf of any putative Class or Classes in
13  The Actions and all other related actions pending or hereafter filed in or transferred to this County shall
14  be managed and directed by Plaintiffs' Interim Co-Lead Counsel, who shall be:

15      Joseph N. Kravec, Jr.
    STEMBER FEINSTEIN DOYLE
16        & PAYNE, LLC
17      429 Forbes Avenue, 17th Floor
    Pittsburgh, PA 15219
18      Phone: (412) 281-8400
    Fax:   (412) 281-1007
19      E-Mail: jkravec@stemberfeinstein.com

20      Michael D. Braun
21      BRAUN LAW GROUP, P.C.
    10680 W. Pico Blvd., Suite 280
22      Los Angeles, CA 90064
    Phone: (310) 836-6000
23      Fax:   (310) 836-6010
    E-Mail: service@braunlawgroup.com
24

25      Janet Lindner Spielberg
    LAW OFFICE OF JANET LINDNER SPIELBERG
26      12400 Wilshire Blvd., Suite 400
    Los Angeles, CA 90025
27      Phone: (310) 392-8801
    Fax:   (310) 278-5938
28      E-Mail: jlspielberg@jlslp.com

3

Nabil Majed Nachawati, II
FEARS | NACHAWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Phone: 214-890-0711
Fax:    214-890-0712
Email: mn@fnlawfirm.com

B.    Plaintiffs' Interim Co-Lead Counsel are vested by the Court with the following responsibilities and duties relating to The Actions and all other related actions pending or hereafter filed in or transferred to this Court, in order to prevent duplication of effort or duplicative pleadings on behalf of Plaintiffs and the class:

1.    To brief and argue motions, including any motion to certify a proposed Class;

2.    to initiate and conduct written discovery proceedings;

3.    to examine witnesses in depositions;

4.    to act as a spokesperson at pretrial conferences;

5.    to call meetings of Plaintiffs' counsel as they deem necessary and appropriate from time to time;

6.    to conduct all settlement negotiations with counsel for Defendant;

7.    to provide general coordination of activities of Plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required;

8.    to coordinate and direct the preparation and trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

9.    to coordinate this matter with any other related litigation not otherwise referred to herein.

C.    No pleadings or other papers shall be filed or discovery conducted on behalf of the alleged Class(es) or any individual action consolidated hereunder without the advance approval of Plaintiffs' Interim Co-Lead Counsel so that there will be no duplicative pleadings or discovery by Plaintiffs.

4

1        D.    Plaintiffs' Co-Lead Counsel shall make any work assignments in such a manner as to

2    conduct an orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive

3    work.

4        E.    All Plaintiffs' counsel shall submit to Plaintiffs' Interim Co-Lead Counsel a record of

5    time expended and expenses incurred in the manner, form and frequency directed by Plaintiffs' Co-Lead

6    Counsel. The Court expects counsel to minimize duplication and exercise billing judgment.

7        F.    Counsel in any related action that is coordinated with The Actions shall be bound by this

8    Order and organizational structure of the Plaintiffs' counsel.

9        G.    This appointment of Interim Co-Lead Counsel is interim. A final determination on the

10   appropriateness of appointing class counsel will be made, as appropriate and if necessary, in connection

11   with proceedings relating to the determination of class certification.

12

13   **IT IS SO ORDERED.**

14   DATED:   9/30/11

15                        The Honorable Edward M. Chen

16                        United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Pretrial Order No. 1.
CASE NO. 3:11-cv-02910-EMC; CASE NO. 4:11-cv-03164-EMC

1

2                                        **EXHIBIT A**

3    Joseph N. Kravec, Jr.                      Janet Lindner Spielberg
     Maureen Davidson-Welling                   LAW OFFICE OF JANET LINDNER
4    Wyatt A. Lison                               SPIELBERG
5    STEMBER FEINSTEIN DOYLE                     12400 Wilshire Blvd., Suite 400
       & PAYNE, LLC                              Los Angeles, CA 90025
6    429 Forbes Avenue, 17th Floor              Phone: (310) 392-8801
     Pittsburgh, PA 15219                        Fax:    (310) 278-5938
7    Phone: (412) 281-8400                      Email: jlspielberg@jlslp.com
     Fax:    (412) 281-1007
8    Email: jkravec@stemberfeinstein.com
9           mdavidsonwelling@stemberfeinstein.com
            wlison@stemberfeinstein.com
10
     Michael D. Braun                           Nabil Majed Nachawati, II
11   BRAUN LAW GROUP, P.C.                       FEARS NACHAWATI LAW FIRM
     10680 W. Pico Blvd., Suite 280             4925 Greenville Avenue, Suite 715
12   Los Angeles, CA 90064                      Dallas, TX 75206
13   Phone: (310) 836-6000                      Phone: 214-890-0711
     Fax:    (310) 836-6010                      Fax:   214-890-0712
14   Email: service@braunlawgroup.com           Email: mn@fnlawfirm.com

15   Ronald Dean Gresham                        Roger L. Mandel
     Jennifer Weber Johnson                     LACKEY HERSHMAN, LLP
16   GRESHAM PC                                 3102 Oak Lawn Avenue, Ste. 777
17   Suite 200                                  Dallas, TX 75219
     2311 Cedar Springs Rd.                     Phone: (214) 560-2201
18   Dallas, TX 75201                           Email: rlm@lhlaw.net
     Phone: (214)420-9995
19   Fax:    (214)526-5525
     Email: dgresham@greshampc.com
20   Email: jjohnson@greshampc.com

21
     Daniel Roman Tamez
22   GNAU AND TAMEZ LAW GROUP LLP
     1010 2nd Avenue
23   Site 1750
     San Diego, CA 92101
24   619-446-6736
25   619-793-5215 (fax)
     Email: danieltamez@sdinjuryattorney.com
26

27

28

                                            6